UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 3:07-cr-00117** |
| | ) | **Judge Trauger** |
| **v.** | ) | |
| | ) | |
| **CHRISTOPHER LEE STANTON,** | ) | |
| | ) | |
| | ) | |

### ORDER

For the reasons expressed in the accompanying Memorandum, the relief sought by defendant Christopher Lee Stanton's Motion for Pre-Trial Determination as to Whether Defendant is Armed Career Criminal as Defined by 18 U.S.C. § 924(e) (Docket No. 52.) is **DENIED**. As discussed in the Memorandum, the defendant would qualify for the relevant sentencing enhancement if he is convicted of the charge currently pending against him in this court.

Entered this 1st day of September 2009.

_____
ALETA A. TRAUGER
United States District Judge