IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00117 |
| | ) | Judge Trauger |
| CHRISTOPHER LEE STANTON | ) | |
| | ) | |

**O R D E R**

The court is in receipt of a letter from defendant Christopher Stanton dated March 14, 2013.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of both the letter and this Order.

It is so **ORDERED.**

Enter this 21st day of March 2013.

ALETA A. TRAUGER
United States District Judge